United States Courts
Southern District of Texas
FILED
*November 13, 2025*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **ERIK HIGUERON**, <br><br> Defendant. | Case No. __4:25-cr-610__ |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

<u>Title 18, United States Code, Section 933(a)(1)—Firearm Trafficking</u>

Beginning on an unknown date, but no later than on or about January 23, 2025, and continuing through at least on or about April 1, 2025, in the Houston Division of the Southern District of Texas, and elsewhere, the defendant,

**ERIK HIGUERON**

did ship, transport, transfer, cause to be transported, and otherwise dispose of a firearm, to wit: a Taurus model G2C 9mm pistol, serial number AED268866; a Glock model 43x 9mm pistol, serial number AHXD142; a Benelli model Cordoba, 12-gauge shotgun, serial number F416073B; a Beretta model AL391 Urika Sporting, 12-gauge shotgun, serial number AA330484; a Smith and Wesson model M&P 9 Shield EZ, 9mm pistol, serial number NEU3037; a Sig Sauer model P320

M17, 9mm pistol, serial number M17-132871; a DPMS Inc., model A15, multi-caliber rifle, serial number FFH200409; a Palmetto State Armory model PA-15, multiple caliber rifle, serial number SCB911556; a Sig Sauer model P365, 9mm pistol bearing serial number 66B956096; a Sig Sauer model P365, 9mm pistol bearing serial number 66F131095; and a Taurus, model PT24/7 Pro LS, .45 caliber pistol, serial number NAS45042, to another in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, to wit: possession of a stolen firearm, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2), and did attempt and conspire to do so.

In violation of Title 18, United States Code, Section 933(a)(1).

## COUNT TWO

Title 18, United States Code, Section 922(j)—Possession of Stolen Firearm

On or about January 23, 2025, in the Houston Division of the Southern District of Texas, the defendant,

## ERIK HIGUERON

knowingly possessed, received, concealed, stored, bartered, sold, and disposed of a stolen firearm, that is, a Taurus model G2C 9mm pistol, serial number AED268866; a Glock model 43x 9mm pistol, serial number AHXD142; a Benelli model Cordoba, 12-gauge shotgun, serial number F416073B; and a Beretta model AL391 Urika Sporting, 12-gauge shotgun, serial number AA330484, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT THREE

Title 18, United States Code, Section 922(j)—Possession of Stolen Firearm

On or about February 4, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**ERIK HIGUERON**

knowingly possessed, received, concealed, stored, bartered, sold, and disposed of a stolen firearm, that is, a Smith and Wesson model M&P 9 Shield EZ, 9mm pistol, serial number NEU3037; a Sig Sauer model P320 M17, 9mm pistol, serial number M17-132871; and a DPMS Inc., model A15, multi-caliber rifle, serial number FFH200409, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FOUR

Title 18, United States Code, Section 922(j)—Possession of Stolen Firearm

On or about March 12, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**ERIK HIGUERON**

knowingly possessed, received, concealed, stored, bartered, sold, and disposed of a stolen firearm, that is, a Palmetto State Armory model PA-15, multiple caliber rifle, serial number SCB911556; a Sig Sauer model P365, 9mm pistol bearing serial number 66B956096; and a Sig Sauer model P365, 9mm pistol bearing serial number 66F131095, which had been shipped and transported in

interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT FIVE

Title 18, United States Code, Section 922(j)—Possession of Stolen Firearm

On or about April 1, 2025, in the Houston Division of the Southern District of Texas, the defendant,

**ERIK HIGUERON**

knowingly possessed, received, concealed, stored, bartered, sold, and disposed of a stolen firearm, that is, a Taurus, model PT24/7 Pro LS, .45 caliber pistol, serial number NAS45042, which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 933(a)(1), as set forth in Counts One through Five of this Indictment, the defendant,

**ERIK HIGUERON**

shall forfeit to the United States pursuant to Title 18 United States Code, Sections 924(d), 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Title 18, United States Code,

Section 934(a)(1)(B), any firearms and ammunition involved in the commission of the offenses, and any property constituting or deriving from the commission of the offenses, including, but not limited to: a Taurus model G2C 9mm pistol, serial number AED268866; a Glock model 43x 9mm pistol, serial number AHXD142; a Benelli model Cordoba, 12-gauge shotgun, serial number F416073B; a Beretta model AL391 Urika Sporting, 12-gauge shotgun, serial number AA330484; a Smith and Wesson model M&P 9 Shield EZ, 9mm pistol, serial number NEU3037; a Sig Sauer model P320 M17, 9mm pistol, serial number M17-132871; a DPMS Inc., model A15, multi-caliber rifle, serial number FFH200409; a Palmetto State Armory model PA-15, multiple caliber rifle, serial number SCB911556; a Sig Sauer model P365, 9mm pistol bearing serial number 66B956096; a Sig Sauer model P365, 9mm pistol bearing serial number 66F131095; and a Taurus, model PT24/7 Pro LS, .45 caliber pistol, serial number NAS45042.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: _____
B. Hunter Brown
Assistant United States Attorney